**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IOU CENTRAL, INC.
d/b/a IOU FINANCIAL, INC,

*Plaintiff,*

v.

MONTY LEE MERRILL,
LAURA ANN MERRILL,
CLEARWATER TRANSPORTATION,
MANAGEMENT CO., LLC,
*and*
CLEARWATER REAL ESTATE, LLC,

*Defendants.*

**Civil No. 5:20-cv-01463-DAE**

**WITHDRAWING DEFENSE COUNSEL'S DISCLOSURE OF ADDRESSES AND CONTACT INFORMATION PURSUANT TO THE COURT'S ORDER(S) ON DEFENSE COUNSEL'S MOTION TO WITHDRAW**

Withdrawing defense counsel (Michael C. Whitticar and Geoffrey M. Dureska) respectfully submit their Disclosure of the Defendants' addresses and contact information pursuant to the Court's order granting defense counsel's motion to withdraw.

Monty Merrill:

1. 19209 Heather Crk
   San Antonio, TX 78258-3812

2. 218 Geddington
   Shavano Park, TX 78249

3. 19206 Habitat Cove,

San Antonio, TX 78258

Email addresses:
montymerrill@gmail.com
safun4u@yahoo.com
montymerrill@peoplepc.com
mmerrill98@aol.com
lmerrill@verizon.net
montymerrill@clearwatertransportation.net

Telephone numbers:
210-541-6700, ext. 500
210-394-9522
(210) 408-7275
(210) 946-2250

Facebook:
https://www.facebook.com/monty.merrill

Laura Ann Merrill:

1. 19209 Heather Crk
San Antonio, TX 78258-3812

2. 218 Geddington
Shavano Park, TX 78249

Email addresses:
lkrupalla@aol.com
laurakrupalla@earthlink.net
lmerrill@verizon.net
laura.merrill41@yahoo.com

Telephone numbers:
(405) 359-8151
(210) 215-3561

Facebook:
https://www.facebook.com/laura.krupallamerrill

Clearwater Transportation Management Co., LLC:

1. 6013 Fountainwood St
   San Antonio, TX 78233 (Registered office street address)

2. 342 W Woodlawn Ave Ste 103
   San Antonio, TX 78212-3314 (Mailing address)

Clearwater Real Estate, LLC

1. 6013 Fountainwood St
   San Antonio, TX 78233 (Registered office street address)

2. 342 W Woodlawn Ave Ste 103
   San Antonio, TX 78212-3314 (Mailing address)

Also pursuant to the Court's Order(s) granting withdrawing defense counsel's motion to withdraw, withdrawing defense counsel have sent the Defendants by certified mail and by email the letter attached hereto as Exhibit A.

Respectfully Submitted This 21st Day of April, 2021:

By: */s/Michael C. Whitticar*
Counsel

Michael C. Whitticar (VSB No. 32968)
NOVA IP Law, PLLC
7420 Heritage Village Plaza,
Suite 101
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Michael C. Whitticar,*
*Geoffrey Dureska,*
*NOVA IP Law, PLLC, and*
*Dunlap, Bennett & Ludwig*
*Pro Hac Vice Planned*

By: /*Aidan Perales*
Counsel

Aidan Perales
Chaves, Obregon & Perales, L.L.P.
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78401
Email: aperales@coplawfirm.com
*Local Counsel for Michael C. Whitticar,*
*Geoffrey Dureska,*
*NOVA IP Law, PLLC, and*
*Dunlap, Bennett & Ludwig*

**CERTIFICATE OF SERVICE**

I hereby certify that on the This 21st Day of April, 2021, I served the foregoing Disclosure by CM/ECF submission which will send a notification to the following counsel of record:

Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 264-2358
E-mail: pwersant@gmail.com
*Counsel for Plaintiff*

Marcus Mataga
Texas Bar No. 24083455
Pakis, Giotes, Page &Burleson, P.C.
P.O Box 58
Waco, Tx 76703-0058
mataga@pakislaw.com
Tel: 254-297-7300
Fax: 254-297-7301
*Local Counsel for Plaintiff*

*/s/ Aidan Perales*
*Aidan Perales*